(No. 11190.—Reversed and remanded.)

THE PEOPLE ex rel. Henry Stuckart, County Collector, Appellee, vs. ELSA MADLENER, Appellant.

*Opinion filed April 19, 1917.*

This case is controlled by the decision in *People* v. *Daemicke*, (*ante*, p. 53.)

APPEAL from the County Court of Cook county; the Hon. JOHN H. WILLIAMS, Judge, presiding.

FREDERICK A. BROWN, and RAYMOND S. PRUITT, for appellant.

MACLAY HOYNE, State's Attorney, (SAMUEL A. ETTELSON, Corporation Counsel, CHARLES CENTER CASE, JR., FELSENTHAL & WILSON, WILLIAM F. STRUCKMANN, EDMUND D. ADCOCK, ROSS C. HALL, WALTER E. BEEBE, LEON HORNSTEIN, and JOSEPH F. GROSSMAN, of counsel,) for appellee.

Mr. CHIEF JUSTICE CRAIG delivered the opinion of the court:

This is an appeal from a judgment of the county court of Cook county rendered on the hearing of the application of the county collector for judgment against the property of the appellant, Elsa Madlener, for taxes for the year 1915.

The objections to the taxes and the decision of the court were the same as in the case of *People* v. *Daemicke*, (*ante*, p. 53.) The briefs and arguments of the respective parties are the same and the decision in that case is controlling here. For the reasons given in the opinion in that case the judgment is reversed and the cause remanded.

*Reversed and remanded.*